AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Joseph L. Hosonitz, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:08-3086-HMH |
| | ) | |
| v. | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that: (check one):
☐ the plaintiff (name)_____recover from the defendant (name)_____the amount of _____dollars ($_____), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of _____%, along with costs.
☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____recover costs from the plaintiff (name)_____
■ other: It is ORDERED that the Commissioner's decision is affirmed.


This action was (check one):

☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury an the above decision was reached.

■ decided by: The Honorable Henry M. Herlong, Jr., United States District Judge.

Date: March 1, 2010

                                                            CLERK OF COURT, LARRY W. PROPES

                                                            S/ Glenda J Nance
                                                        Signature of Clerk or Deputy Clerk